[No. 22082-2-II.    Division Two.    August 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH R. IMUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04603-7, Frederick W. Fleming, J., entered May 12, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Hunt, JJ.

[No. 41253-1-I.    Division One.    August 9, 1999.]

DAVID POWELL, *Appellant*, v. SPHERE DRAKE INSURANCE PLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-00356-3, J. Kathleen Learned, J., entered August 6, 1997. *Reversed* by unpublished opinion per Cox, J., concurred in by Baker and Becker, JJ. Now published at 97 Wn. App. 890.

[No. 41563-8-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD M. GEER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01688-4, Linda C. Krese, J., entered September 26, 1997. *Remanded* by unpublished per curiam opinion.

[Nos. 42575-7-I; 42728-8-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RENATA DECHELLE GANT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LATASHIA MARIE JACOBS, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 98-8-00648-1 and 98-8-00649-0, Donald D. Haley, J., entered April 21, 1998. *Reversed* by unpublished per curiam opinion.